Selendy Gay PLLC
1290 Avenue of the Americas
New York NY 10104
212.390.9000

Joshua S. Margolin
Partner
212.390.9022
jmargolin@selendygay.com

Selendy|Gay

August 12, 2024

**Via ECF**

Hon. Edgardo Ramos
United States District Court for the
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  *Smith et al. vs. Giuliani*, No. 24-mc-351

Dear Judge Ramos,

We write on behalf of Movants in the above-captioned matter to enforce a non-party subpoena *duces tecum* (the "Subpoena") to Respondent Rudolph Giuliani.

Pursuant to the Court's August 5, 2024 order (the "Order," ECF No. 4), Movants served Respondent with a copy of the Order (which includes Movants' August 1, 2024 pre-motion letter, ECF No. 1) on August 6, 2024. *See* Ex. A. Movants effectuated service of the Order pursuant to N.Y. CPLR § 308(2), by service on a person of suitable age and discretion at Mr. Giuliani's residence, as well as by mail to the same address. *Id.*

Pursuant to section 3 of this Court's individual practices, section 6 of this District's ECF Rules & Instructions, and *In re Electronic Filing under Seal in Civil and Miscellaneous Cases*, No. 19-mc-583 (Dec. 19, 2019) (standing order), Movants respectfully request leave to file under seal an unredacted copy of the affidavit of service because it contains the home address of Respondent, and to file a redacted copy of the same on the public docket.

Respectfully submitted,

Joshua S. Margolin
Partner