Selendy Gay PLLC
1290 Avenue of the Americas
New York NY 10104
212.390.9000

Selendy|Gay

Joshua Margolin
Partner
212.390.9022
email@selendygay.com


September 30, 2024


**Via ECF**

Hon. Edgardo Ramos
United States District Court for the
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Smith et al. vs. Giuliani*, No. 24-mc-351

Dear Judge Ramos,

    We write on behalf of Movants in the above-captioned matter to enforce a non-party subpoena *duces tecum* (the "Subpoena") to Respondent Rudolph Giuliani, to provide the Court with additional information unavailable at the time Movants filed the Motion to Compel. ECF No. 11.

    On April 26, 2024, Movants served the Subpoena, pursuant to N.Y. C.P.L.R § 308(2), on Mr. Guiliani by both delivering the Subpoena to a person "of suitable age and discretion," Mr. Guiliani's doorman, at Mr. Guiliani's "usual place of abode," in New York, and mailing the Subpoena to the same address via certified mail. *See* N.Y. C.P.L.R § 308(2); ECF No. 1, Exs. B, C, and D. On September 10, 2024, Movants filed a Motion to compel compliance with the Subpoena. *See* ECF No. 11.

    After the Court granted leave to serve the Motion to compel, pursuant to the Court's instruction during the preliminary hearing, Movants made three attempts to serve Motion papers on Mr. Guiliani in the same manner that Movants served the original Subpoena. During the third attempt, the doorman informed Movants' process server that Mr. Guiliani had allegedly moved to Florida after the Subpoena was served, and was purportedly selling his residence in New York.[1] *See* ECF No. 14, Ex. 1.

---

[1] Regardless of Mr. Giuliani's apparent change in address, the Court can still compel Mr. Giuliani's compliance with the Subpoena. When Mr. Guiliani was properly served in New York, ECF No. 14 at 7-8, it established this Court's jurisdiction. *See Broumand v. Joseph*,

U.S. District Judge
September 30, 2024

    Movants have already delivered via Federal Express on September 19, 2024 a copy of the Motion to compel Mr. Giuliani's compliance, filed September 10, 2024, ECF No. 11, to Mr. Guiliani's address in Florida.


Respectfully submitted,

*/s/ Joshua S. Margolin*

Joshua S. Margolin
Partner

---

522 F. Supp. 3d 8, 14 (S.D.N.Y. 2021) (holding that personal jurisdiction over a Rule 45 subpoena requires (1) proper service of process under (2) a proper statutory basis that (3) comports with due process).