Selendy Gay PLLC
1290 Avenue of the Americas
New York NY 10104
212.390.9000

Selendy|Gay

Joshua S. Margolin
Partner
212.390.9022
jmargolin@selendygay.com

**MEMO ENDORSED**

The application is  X  granted
                   ___ denied

*[signature]*
Edgardo Ramos, U.S.D.J
Dated: 10/21/2024
New York, New York

October 21, 2024

**Via ECF**

Hon. Edgardo Ramos
United States District Court for the
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Smith et al. vs. Giuliani*, No. 24-mc-351

Dear Judge Ramos,

    We write on behalf of Movants in the above-captioned matter to enforce a non-party subpoena *duces tecum* (the "Subpoena") to Respondent Rudolph Giuliani.

    In the Court's October 9, 2024, Order, Movants were ordered to serve Giuliani that day at his Florida address via Federal Express. To demonstrate Movants' compliance with the Court's Order, Movants respectfully request leave to file a Federal Express proof-of-delivery notice, showing a ship date of October 9, 2024, and delivery date of October 11, 2024. The package contained all the documents filed to date in this matter, and according to the attached form was signed for by one "L. Lurry" at Mr. Giuliani's Florida address.

    Movants request to file this document under seal because it contains the home address of Respondent, and to file a redacted copy of the same on the public docket.

Respectfully submitted,

*[signature]*

Joshua S. Margolin
Partner