Selendy Gay PLLC
1290 Avenue of the Americas
New York NY 10104
212.390.9000

Selendy|Gay

Joshua Margolin
Partner
212.390.9022
email@selendygay.com

October 31, 2024

**Via ECF**

Hon. Edgardo Ramos
United States District Court for the
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Smith et al. vs. Giuliani*, No. 24-mc-351

Dear Judge Ramos,

    We write on behalf of Movants in the above-captioned matter to enforce a non-party subpoena *duces tecum* (the "Subpoena") to Respondent Rudolph Giuliani. Given Respondent's failure to oppose Movants' motion by the extended deadline of October 23, 2024, Movants did not file a reply on the scheduled date for reply papers yesterday (October 30), *see* Order, ECF No. 19 (entered Oct. 9, 2024).

    Movants still view this motion as "unopposed, fully briefed, and ripe for a decision," and respectfully request the Court to take the same position. *See* ECF No. 18 (Movants' letter submitted as a reply brief on October 8, 2024); Order, ECF No. 19 (entered Oct. 9, 2024).

Respectfully submitted,

Joshua S. Margolin
Partner