UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONRAD SMITH, et al.,<br><br>                Movants,<br><br>v.<br><br>RUDOLPH GIULIANI, et al.,<br><br>                Respondent. | Case Action No. 1:24-mc-00351-ER<br><br>**MOTION TO WITHDRAWAL AS COUNSEL** |

      1.      Pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Christopher Taylor, hereby move this Court for an order withdrawing as counsel for Movants Conrad Smith, *et al.*, in the above-captioned matter. Selendy Gay PLLC will remain the counsel of record for Movants Conrad Smith, *et al.* in this case.

Dated: New York, NY
          March 4, 2025

Respectfully submitted,

By:   /s/     *Christopher Taylor*
Christopher Taylor
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
ctaylor@selendygay.com

*Attorney for Movants Conrad Smith, et al.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 4, 2025, a copy of the foregoing was filed with the Clerk of Court through the CM/ECF system, which sent notice of the filing to all appearing parties of record.

                                                                /s/       *Christopher Taylor*