Selendy Gay PLLC
1290 Avenue of the Americas
New York, NY 10104
212.390.9000

Selendy|Gay

Joshua Margolin
Partner
212.390.9022
jmargolin@selendygay.com

June 24, 2025

<u>**Via ECF**</u>

Hon. Edgardo Ramos
United States District Court for the Southern
District of New York
40 Foley Square
New York, New York 10007

    **Re:**    *Smith et al. vs. Giuliani*, **No. 1:24-mc-00351-ER (S.D.N.Y.)**

Dear Judge Ramos,

    We write on behalf of Movants in the above-captioned enforcement proceeding concerning a non-party subpoena duces tecum ("the Subpoena") served on Respondent Rudolph Giuliani.

    Movants' September 10, 2024 motion to compel Mr. Giuliani's compliance with the Subpoena (ECF No. 11) remains "unopposed, fully briefed, and ripe for decision." *See* ECF No. 18 (Movants' letter submitted as a reply brief on October 8, 2024); Order, ECF No. 19 (entered Oct. 9, 2024). Mr. Giuliani has failed to appear in this proceeding in any capacity.

    Accordingly, Movants respectfully request that Your Honor convene a status conference to discuss the pending motion. Movants are available to meet either remotely or in-person at the Court's convenience.

Respectfully submitted,

*/s/ Joshua S. Margolin*

Joshua S. Margolin
Partner