Selendy Gay PLLC
1290 Avenue of the Americas
New York, NY 10104
212.390.9000

Selendy|Gay

Joshua Margolin
Partner
212.390.9022
jmargolin@selendygay.com

July 10, 2025

**Via ECF**

Hon. Edgardo Ramos
United States District Court for the Southern
District of New York
40 Foley Square
New York, New York 10007

    **Re:**    *Smith et al. vs. Giuliani*, **No. 1:24-mc-00351-ER (S.D.N.Y.)**

Dear Judge Ramos,

    We write on behalf of Movants in the above-captioned enforcement proceeding concerning a non-party subpoena *duces tecum* served on Respondent Rudolph Giuliani ("the Subpoena").

    As discussed with Your Honor at the July 8, 2025, status conference, please find enclosed as Exhibit A a proposed order granting Movants' September 10, 2024 motion to compel Mr. Giuliani's compliance with the Subpoena (ECF No. 11), which remains "unopposed, fully briefed, and ripe for decision." *See* ECF No. 18 (Movants' letter submitted as a reply brief on October 8, 2024); Order, ECF No. 19 (entered Oct. 9, 2024).

Respectfully submitted,

Joshua S. Margolin
Partner