# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONRAD SMITH, *et al.*,<br><br>                 Movants,<br><br>v.<br><br>RUDOLPH GIULIANI.<br><br>                 Respondent. | Civ. No. 1:24-mc-00351-ER (S.D.N.Y.) |

## [PROPOSED] ORDER ON MOTION TO COMPEL

It is ORDERED AND ADJUDGED that:

(1) The September 10, 2024 motion to compel compliance with subpoena *duces tecum* served on Respondent Rudolph Giuliani (ECF No. 11) is **GRANTED.**

(2) On or before July 21, 2025, Respondent **SHALL PRODUCE** to Movants all responsive documents that fall within the scope of Movants' subpoena (ECF No. 1, Ex. B.).

**IT IS SO ORDERED.**

On this ___ day of _____, 2025.

                                                                                               _____
                                                                                               The Honorable Edgardo Ramos
                                                                                               United States District Court Judge