# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____x

Conrad Smith, et.al.,

       Plaintiffs,                       Case No. 24-mc-351-ER

v.

Rudolph W. Giuliani

       Defendant.

_____x

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Conrad Smith, et.al.

       Plaintiff                     Case No. 1:21-cv-02265-APM

   v.

Donald J. Trump, et.al.

       Defendant

_____x

To:

Faith E. Gay, *pro hac vice*
Joshua S. Margolin, *pro hac vice*
Babak Ghafarzade, *pro hac vice*
Elizabeth Snow, *pro hac vice*
Esther D. Ness, *pro hac vice*
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
fgay@selendygay.com
jmargolin@selendygay.com
bghafarzade@selendygay.com
esnow@selendygay.com
eness@selendygay.com

Objections to Subpoena Dated April 25, 2024

PRELIMINARY STATEMENT

These objections are made without waiver of, and are expressly subject to, all rights, including but not limited to: (a) objections to jurisdiction and venue; (b) attorney-client privilege, work product doctrine, or other applicable privileges; (c) rights under the U.S. Constitution; and (d) rights under applicable laws and rules, including Federal Rule of Civil Procedure 45.

GENERAL OBJECTIONS

1. Lack of Personal Jurisdiction:

Mr. Giuliani objects to the subpoena on the grounds that this Court lacks personal jurisdiction over him. At the time of purported service on April 26, 2024, he was a resident and domiciliary of the State of Florida. He has not resided in New York since December 31, 2023.

2. Improper Venue and Place of Compliance:

The subpoena purports to compel compliance in a location beyond the 100-mile limit set by Fed. R. Civ. P. 45(c)(2)(A). Mr. Giuliani resides and transacts business solely in Florida and does not fall within any exception under Rule 45(c)(1)(B).

3. Undue Burden and Harassment:

The subpoena seeks broad categories of documents spanning nearly three years (April 2020 – January 2021), including private communications with high-profile individuals. Compliance would impose an undue burden and appears calculated to harass.

4. Overbreadth and Lack of Particularity:

The requests are overly broad, not narrowly tailored, and seek "all documents and communications" on topics touching thousands of potentially privileged or irrelevant communications, in violation of Fed. R. Civ. P. 26(b)(1).

5. Privilege and Confidentiality:

Mr. Giuliani objects to producing documents protected by the attorney-client privilege, work-product doctrine, and other applicable privileges, including those relating to communications made in his capacity as legal counsel to President Trump and others.

6. Possession, Custody, or Control:

Mr. Giuliani is not in possession, custody, or control of many of the responsive materials, which remain in the custody of the FBI following the April 2021 seizure of his devices pursuant to a search warrant. The government has not returned the data that was on the devices.

7. Duplicative and Cumulative Requests:

Some requests are duplicative or cumulative of others, increasing burden without yielding additional relevant evidence.

8. Lack of Relevance:

Many requests seek documents and communications not relevant to any claim or defense in this action, including public appearances or media statements unrelated to any legal claim at issue.

9. Vagueness and Ambiguity:

Terms such as "Trump Defendants," "regarding," "any Defendant," "alternate slates of electors," and "legal strategy" are vague and ambiguous, preventing a precise and reasonable understanding of what is being sought.

10. Retained Expert Exception:

To the extent any requests seek the opinions or work product of unretained experts or consultants, Mr. Giuliani objects under Fed. R. Civ. P. 45(d)(3)(B)(ii).

By this response, Rudolph W. Giuliani, does not waive his objection to personal jurisdiction of this Court, as this Court lacks personal jurisdiction over Rudolph W. Giuliani for the reasons set forth herein.

Rudolph W. Giuliani, hereby objects to venue of this Court, as the Court lacks personal jurisdiction over respondent Rudolph W. Giuliani. When the subpoena was allegedly served on April 26, 2024, Rudolph W. Giuliani was a citizen and resident of Palm Beach County, State of Florida, and was not a citizen and resident the State of New York. Effective December 31, 2023, Rudolph W. Giuliani resided in the State of Florida as his primary residence and as of January 1, 2024, Rudolph W. Giuliani became homesteaded in the State of Florida.

On or about September 30, 2024, Plaintiffs allegedly incorrectly notified the Court that "Giuliani had allegedly moved to Florida after the Subpoena was served, and was purportedly selling his residence in New York". Plaintiffs made a false representation to the Court, because Rudolph W. Giuliani was a citizen and resident of the State of Florida as of January 1, 2024 based on filings made by Rudolph W. Giuliani with the Office of the Palm Beach County Clerk. The Court lacks jurisdiction over Rudolph W. Giuliani.

Notwithstanding that the Court lacks jurisdiction over Rudolph W. Giuliani, Rudolph W. Giuliani hereby provides responses to the Subpoena with objections.

## SPECIFIC OBJECTIONS

Rudolph W. Giuliani incorporates the above general objections into each specific response to the enumerated document requests (Requests 1–11), as set forth in his Response to Subpoena dated July 28, 2025, and further objects to each individual request to the extent:

- It seeks documents beyond the scope of permissible discovery under Rule 26;

- It calls for legal conclusions;

- It seeks information already publicly available or otherwise equally accessible to Plaintiffs;

- It seeks information or communications with non-parties protected by the First Amendment rights to political association and expression.

## PRESERVATION OF RIGHTS

Nothing herein shall be construed as a waiver of any right to move to quash or modify the subpoena in whole or in part. Mr. Giuliani reserves the right to supplement or amend these objections.

## Response to Subpoena dated April 25, 2024

Request # 1:

All Documents and Communications with any Trump Defendants, or any person acting on behalf of any Trump Defendants, any Member of the Trump Family, or any person acting on behalf of any Member of the Trump Family regarding January 6, 2021.

Response:

In April 2021, the Federal Bureau of Investigation ("FBI") executed a search warrant at the office of Rudolph W. Giuliani and at the New York residence of Rudolph W. Giuliani seizing

eighteen electronic devices, consisting of computers and cell phones belonging to Rudolph W. Giuliani. In November 2022, federal prosecutors informed a judge that they would not be filing criminal charges against Rudolph W. Giuliani based on their investigation. The FBI failed to return all of the data that was taken on the electronic devices belonging to Rudolph W. Giuliani. Rudolph W. Giuliani is not in possession of any Documents and Communications requested in this demand.

Request # 2:

All Documents and Communications with any Defendant, or any person acting on behalf of any Defendant, regarding supposed election fraud in the November 2020 Presidential Election, including regarding purported attempts to steal the November 2020 Presidential Election.

Response:

In April 2021, the Federal Bureau of Investigation ("FBI") executed a search warrant at the office of Rudolph W. Giuliani and at the New York residence of Rudolph W. Giuliani seizing eighteen electronic devices, consisting of computers and cell phones belonging to Rudolph W. Giuliani. In November 2022, federal prosecutors informed a judge that they would not be filing criminal charges against Rudolph W. Giuliani based on their investigation. The FBI failed to return all of the data that was taken on the electronic devices belonging to Rudolph W. Giuliani. Rudolph W. Giuliani is not in possession of any Documents and Communications requested in this demand.

Request # 3:

All Documents and Communications with any Defendant, or any person acting on

behalf of any Defendant, regarding efforts to overturn the results of the November 2020

Presidential Election, with:

a. any Defendant, or any person acting on behalf of any Defendant;

b. any Member of the Trump Family, or any person acting on behalf of any

Member of the Trump Family; or

c. any Federal Government Official or State Government Official, or any person

acting on behalf of any Federal Government Official or State Government

Official; or

d. Jenna Ellis, Boris Epshetyn, Christina Bobb, Katherine Friess, Bernard

Kerik, Sidney Powell, Cleta Mitchell, Eric Herschmann, Pasquale Anthony

"Pat" Cipollone, John Eastman, Jeffrey Clark, Kenneth Chesebro, or

any person acting on behalf of any of these individuals.


Response:

In April 2021, the Federal Bureau of Investigation ("FBI") executed a search warrant at the

office of Rudolph W. Giuliani and at the New York residence of Rudolph W. Giuliani seizing

eighteen electronic devices, consisting of computers and cell phones belonging to Rudolph W.

Giuliani. In November 2022, federal prosecutors informed a judge that they would not be filing

criminal charges against Rudolph W. Giuliani based on their investigation. The FBI failed to

return all of the data that was taken on the electronic devices belonging to Rudolph W. Giuliani.

Rudolph W. Giuliani is not in possession of any Documents and Communications requested in this demand.

Request # 4:

All Documents and Communications regarding the legal strategy to overturn the

results of the November 2020 Presidential Election, including all related memoranda and lawsuits

filed, with:

a. any Defendant, or any person acting on behalf of any Defendant;

b. any Member of the Trump Family, or any person acting on behalf of any

Member of the Trump Family; or

c. any Federal Government Official or State Government Official, or any

person acting on behalf of any Federal Government Official or State Government

Official; or

d. Jenna Ellis, Boris Epshetyn, Christina Bobb, Katherine Friess, Bernard

Kerik, Sidney Powell, Cleta Mitchell, Eric Herschmann, Pasquale Anthony

"Pat" Cipollone, John Eastman, Jeffrey Clark, Kenneth Chesebro, or

any person acting on behalf of any of these individuals.

Response:

In April 2021, the Federal Bureau of Investigation ("FBI") executed a search warrant at the

office of Rudolph W. Giuliani and at the New York residence of Rudolph W. Giuliani seizing

eighteen electronic devices, consisting of computers and cell phones belonging to Rudolph W.

Giuliani. In November 2022, federal prosecutors informed a judge that they would not be filing

criminal charges against Rudolph W. Giuliani based on their investigation. The FBI failed to return all of the data that was taken on the electronic devices belonging to Rudolph W. Giuliani. Rudolph W. Giuliani is not in possession of any Documents and Communications requested in this demand.

Request # 5:

All Documents and Communications regarding the prospect of State legislators sending alternate slates of electors to Congress, including encouraging Republican legislators to send alternate slates of electors to Congress with: a. Any Defendant, or any person acting on behalf of any Defendant; b. any Member of the Trump Family, or any person acting on behalf of any Member of the Trump Family; or c. any Federal Government Official or State Government Official, or any person acting on behalf of any Federal Government Official or State Government Official; or d. Jenna Ellis, Boris Epshetyn, Christina Bobb, Katherine Friess, Bernard Kerik, Sidney Powell, Cleta Mitchell, Eric Herschmann, Pasquale Anthony "Pat" Cipollone, John Eastman, Jeffrey Clark, Kenneth Chesebro, or any person acting on behalf of any of these individuals.

Response:

In April 2021, the Federal Bureau of Investigation ("FBI") executed a search warrant at the office of Rudolph W. Giuliani and at the New York residence of Rudolph W. Giuliani seizing eighteen electronic devices, consisting of computers and cell phones belonging to Rudolph W. Giuliani. In November 2022, federal prosecutors informed a judge that they would not be filing criminal charges against Rudolph W. Giuliani based on their investigation. The FBI failed to return all of the data that was taken on the electronic devices belonging to Rudolph W. Giuliani.

Rudolph W. Giuliani is not in possession of any Documents and Communications requested in this demand.

Request # 6:

All Documents and Communications regarding the Certification, including regarding the purported ability of the U.S. Congress and Vice President to reject presidential electors during the Certification, with:

a. any Defendant, or any person acting on behalf of any Defendant;

b. any Member of the Trump Family, or any person acting on behalf of any Member of the Trump Family; or

c. any Federal Government Official or State Government Official, or any person acting on behalf of any Federal Government Official or State Government Official; or

d. Jenna Ellis, Boris Epshetyn, Christina Bobb, Katherine Friess, Bernard Kerik, Sidney Powell, Cleta Mitchell, Eric Herschmann, Pasquale Anthony "Pat" Cipollone, John Eastman, Jeffrey Clark, Kenneth Chesebro, or any person acting on behalf of any of these individuals.

Response:

In April 2021, the Federal Bureau of Investigation ("FBI") executed a search warrant at the office of Rudolph W. Giuliani and at the New York residence of Rudolph W. Giuliani seizing eighteen electronic devices, consisting of computers and cell phones belonging to Rudolph W. Giuliani. In November 2022, federal prosecutors informed a judge that they would not be filing criminal charges against Rudolph W. Giuliani based on their investigation. The FBI failed to return all of the data that was taken on the electronic devices belonging to Rudolph W. Giuliani.

Rudolph W. Giuliani is not in possession of any Documents and Communications requested in this demand.

Request # 7:

All Documents and Communications with any Defendant, or any person acting on behalf of any Defendant, regarding the Electoral Count Act.

Response:

In April 2021, the Federal Bureau of Investigation ("FBI") executed a search warrant at the office of Rudolph W. Giuliani and at the New York residence of Rudolph W. Giuliani seizing eighteen electronic devices, consisting of computers and cell phones belonging to Rudolph W. Giuliani. In November 2022, federal prosecutors informed a judge that they would not be filing criminal charges against Rudolph W. Giuliani based on their investigation. The FBI failed to return all of the data that was taken on the electronic devices belonging to Rudolph W. Giuliani. Rudolph W. Giuliani is not in possession of any Documents and Communications requested in this demand.

Request # 8:

All Documents and Communications with any Defendant, or any person acting on behalf of any Defendant, regarding the following public appearances You made: a. Your November 7, 2021 Philadelphia press conference held in front of the Four Seasons Total Landscaping business; b. Your November 19, 2020 joint press conference held with Sidney Powell and Jenna Ellis at the Republican National Committee headquarters in Washington, DC regarding election fraud; and c. Your November 20, 2020 Fox News appearance where You asserted claims of voter fraud and

claimed that the Democratic party was growing "more and more and more corrupt" in which You stated "[s]omeboy's got to cut the head off." d. Your January 6, 2021 Save America Rally appearance where you stated, "Let's have trial by combat."

<u>Response:</u>

In April 2021, the Federal Bureau of Investigation ("FBI") executed a search warrant at the office of Rudolph W. Giuliani and at the New York residence of Rudolph W. Giuliani seizing eighteen electronic devices, consisting of computers and cell phones belonging to Rudolph W. Giuliani. In November 2022, federal prosecutors informed a judge that they would not be filing criminal charges against Rudolph W. Giuliani based on their investigation. The FBI failed to return all of the data that was taken on the electronic devices belonging to Rudolph W. Giuliani. Rudolph W. Giuliani is not in possession of any Documents and Communications requested in this demand.

<u>Request # 9:</u>

All Documents and Communications regarding Your attendance during the call in Mark Meadow's office with Defendant Trump on January 2, 2021.

<u>Response:</u>

In April 2021, the Federal Bureau of Investigation ("FBI") executed a search warrant at the office of Rudolph W. Giuliani and at the New York residence of Rudolph W. Giuliani seizing eighteen electronic devices, consisting of computers and cell phones belonging to Rudolph W. Giuliani. In November 2022, federal prosecutors informed a judge that they would not be filing criminal charges against Rudolph W. Giuliani based on their investigation. The FBI failed to return all of the data that was taken on the electronic devices belonging to Rudolph W. Giuliani.

Rudolph W. Giuliani is not in possession of any Documents and Communications requested in this demand.


Request # 10:

All requests or demands for Documents or information, including all subpoenas You received from any investigating authority, including any local, state, or federal government authority, regardless of whether You are a party in the relevant action, and including in any civil case, regardless of whether You are a party in the relevant action, and including from the Select Committee, regarding January 6, 2021, the Certification, or any other relevant subject, from January 6, 2021 to and including the present.

Response:

In April 2021, the Federal Bureau of Investigation ("FBI") executed a search warrant at the office of Rudolph W. Giuliani and at the New York residence of Rudolph W. Giuliani seizing eighteen electronic devices, consisting of computers and cell phones belonging to Rudolph W. Giuliani. In November 2022, federal prosecutors informed a judge that they would not be filing criminal charges against Rudolph W. Giuliani based on their investigation. The FBI failed to return all of the data that was taken on the electronic devices belonging to Rudolph W. Giuliani. Rudolph W. Giuliani is not in possession of any Documents and Communications requested in this demand.

Request # 11:

All Documents and Communications You produced or shared in response to the requests or demands in Request 10, including sworn and unsworn testimony, from January 6, 2021 to and including the present.

Response:

In April 2021, the Federal Bureau of Investigation ("FBI") executed a search warrant at the office of Rudolph W. Giuliani and at the New York residence of Rudolph W. Giuliani seizing eighteen electronic devices, consisting of computers and cell phones belonging to Rudolph W. Giuliani. In November 2022, federal prosecutors informed a judge that they would not be filing criminal charges against Rudolph W. Giuliani based on their investigation. The FBI failed to return all of the data that was taken on the electronic devices belonging to Rudolph W. Giuliani. Rudolph W. Giuliani is not in possession of any Documents and Communications requested in this demand.

Respectfully submitted

Dated:  July 28, 2025
        Great Neck, New York

GARY ROSEN, ESQ. (GR-8007)
Rosen Law LLC
Attorneys for Rudolph W. Giuliani
216 Lakeville Road
Great Neck, New York 11020
Telephone: 516-437-3400
Email: grosen@rosenlawllc.com

<u>VERIFICATION OF RESPONSES TO</u>
<u>SUBPOENA</u>

I, Rudolph W. Giuliani, state that the foregoing Responses to the Subpoena dated April 25, 2024 from Plaintiffs are true and correct to the best of my knowledge, information and belief.

Dated: July 28, 2025

Rudolph W. Giuliani