Selendy Gay PLLC
1290 Avenue of the Americas
New York, NY 10104
212.390.9000

Selendy|Gay

Joshua S. Margolin
Partner
212.390.9022
jmargolin@selendygay.com

January 21, 2026

<u>Via ECF</u>

Hon. Edgardo Ramos
United States District Court for the
Southern District of New York
40 Foley Square
New York, New York 10007

  **Re:**   ***Smith v. Giuliani*, No. 1:24-mc-00351-ER (S.D.N.Y.)**

Dear Judge Ramos,

  We write on behalf of Movants in the above-captioned enforcement proceeding concerning a non-party subpoena duces tecum served on Respondent Rudolph Giuliani (the "Subpoena").

  On July 14, 2025, the Court granted Movants' motion to compel Mr. Giuliani's compliance with the Subpoena and ordered Mr. Giuliani to produce documents responsive to Movants' document requests no later than July 28, 2025. *See* ECF No. 33. On July 31, 2025, we wrote to inform the Court that Mr. Giuliani remained in violation of the Court's July 14, 2025, Order because he had not produced documents responsive to the Subpoena.

  On August 15, 2025, Mr. Giuliani served amended objections and responses to the Subpoena. In them, Mr. Giuliani stated that, for various reasons, he believed he had no responsive records to produce. After meeting and conferring with Movants, Mr. Giuliani served a letter on September 18, 2025, responding to certain of Movants' questions about his own records and waiving any objections to having his former law firm, Davidoff Hutcher & Citron LLC ("DHC"), share responsive materials with Movants.

  After attempting in good faith to obtain responsive materials from DHC without legal process, Movants served DHC with a subpoena on October 20, 2025. DHC served responses and objections on November 3, 2025. On December 5, 2025, DHC produced 132 pages of responsive emails but stated that it did not possess Mr. Giuliani's document productions to the House Select Committee to Investigate the January 6th Attack on the United States Capitol (the "January 6th Committee").

  On December 22, 2025, DHC informed Movants that the contractual relationship between Mr. Giuliani and the third-party discovery vendor that facilitated his productions

Hon. Edgardo Ramos
January 21, 2026

to the January 6th Committee was direct (not mediated through DHC), and that the vendor had closed Mr. Giuliani's account approximately two years earlier and transmitted the case file to Mr. Giuliani.

Movants contacted Mr. Giuliani on December 29, 2025, requesting that he promptly produce the discovery vendor's case file. After receiving no response, Movants reiterated their request on January 5 and 7, 2026. On January 9, 2026, Mr. Giuliani's counsel stated that he was investigating the matter and expected an answer the same day. After Mr. Giuliani's counsel failed to provide an update, Movants reiterated their request on January 12, 2026, and then yesterday, January 20, 2026.

In response to Movants' latest outreach yesterday, Mr. Giuliani's counsel indicated that he expected to receive a hard drive from the discovery vendor shortly, and he would follow up with Movants once he had received it. In light of that development, Movants respectfully request additional time to meet and confer regarding a possible resolution of outstanding issues relating to the Subpoena.

Sincerely,

Joshua S. Margolin
Partner

Cc:    All counsel of record (via ECF)

2